Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re:<br><br>JEREMY SHRAMKO<br><br>Debtor.<br><br>In re:<br><br>JEREMY SHRAMKO<br><br>Petitioner,<br><br>vs.<br><br>FREEDOM DEBT RELIEF<br><br>Respondent. | Case No. 3:10-mc-80253-WHA<br><br>Original Case No. 5:10-BK-02976-RNO<br>(United States Bankruptcy Court, Middle District of Pennsylvania)<br><br>ORDER ON MOTION FOR CONTEMPT AND ENFORCEMENT OF SUBPOENA PURSUANT TO PARTIES' AGREEMENT<br><br>Hearing Date: November 10, 2010<br>Time:           8:00am<br>Court:          Honorable William Alsup<br>                    Courtroom 9, 19th Floor<br>                    450 Golden Gate Avenue<br>                    San Francisco, CA 94102 |
|---|---|

Petitioner's Motion for Contempt and Enforcement of Subpoena came regularly before this Court on November 10, 2010. Pursuant to the previous Order of this Court, the parties met and conferred prior to the scheduled hearing. Pursuant to the agreement reached by the parties and for good cause appearing, IT IS HEREBY ORDERED that:

    1.    Respondent, Freedom Debt Relief, shall designate a representative and produce the representative for a Bankruptcy Rule 2004 Examination to be held at 3510 Unocal Place, Suite 111, Santa Rosa, California, on November 23, 2010 at 9:30 a.m. local

Thomas P. Kelly III
50 Old Courthouse Square
Suite 609
Santa Rosa, CA 95404-4926
(707)545-8700

ORDER

1  time. The parties may mutually agree to change the date, time or location of the
2  deposition without seeking leave of Court.

3  2. The examination shall be governed by the subpoena and examination notice which are
4  attached as Exhibit C to Petitioner's Motion for Contempt and Enforcement of
5  Subpoena. Petitioner shall not serve any other subpoena or notice in connection with
6  the examination, nor shall he tender any additional witness fee.

7  3. Respondent shall pay $2,724.00 for costs and attorney's fees caused by its
8  non-compliance with the examination subpoena. The payment shall be made payable
9  to "Sabatini Law Firm, LLC" and shall be delivered within 10 days of the date of this
10  order to: Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA
11  18512.

12  **IT IS SO ORDERED.**

13  Dated : November 15, 2010.

William Alsup
14  United States District Judge

15
Approved as to Form:
16

17      /s/ Jed Wakefield
Jed Wakefield
18  Attorney for Respondent Freedom Debt Relief

19
      /s/ Thomas P. Kelly III
20  Thomas P. Kelly III
Attorney for Petitioner Jeremy Shramko

21

22

23

Thomas P. Kelly III
50 Old Courthouse Square
Suite 609
Santa Rosa, CA 95404-4926
(707)545-8700

ORDER                               Page 2 of 2